RECEIVED
IN LAKE CHARLES, LA.

MAY -4 2015

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| THOMAS A. MCCARTNEY, | * | CIVIL ACTION NO. 2:14-cv-543 |
| Plaintiff, | * | |
| v. | * | JUDGE MINALDI |
| HEATHER WEST, ET AL., | * | |
| Defendants. | * | MAGISTRATE JUDGE KAY |

*************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 8] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings of the Magistrate Judge, as amended in the accompanying Memorandum Ruling, are correct under applicable law,

**IT IS ORDERED** that the plaintiff's civil rights complaint [Doc. 1] be and hereby is **DISMISSED, WITHOUT PREJUDICE.**

Lake Charles, Louisiana, this 10 day of April, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE